**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

**In Re:**

**BELLAMY W. BROWN,**

    **Debtor.**

**CHAPTER 13**

**CASE NO. 13-11382-BFK**

**NOTICE**

**PURSUANT TO THE FEDERAL FAIR DEBT COLLECTION PRACTICES ACT, WE ADVISE YOU THAT SAMUEL I. WHITE, P.C., COUNSEL FOR THE PLAINTIFF, IS A DEBT COLLECTOR ATTEMPTING TO COLLECT THE INDEBTEDNESS REFERRED TO HEREIN, AND ANY INFORMATION WE OBTAIN FROM YOU WILL BE USED FOR THAT PURPOSE.**

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

**COMES NOW**, USAA Federal Savings Bank, by Counsel, and Objects to the Confirmation of the Chapter 13 Plan, and in support thereof, represents unto the Court:

1. That USAA Federal Savings Bank has a validly perfected security interest in a 2001 Volvo S60, VIN: YV1RS58D812048691 pursuant to a valid Note, Disclosure, and Security Agreement dated July 26, 2011.

2. That the principal balance and accrued interest is $7,166.83 as of March 27, 2013 with interest accruing at 14.44%.

3. According to the NADA Values for March, 2013, the retail value is $5,975.00.

4. That the Plan is objectionable as it states that this Secured Creditor will be crammed down to a value of $3,000.00 and reduced interest of 4.50%.

5. That post-petition attorneys fees have been incurred for the preparation and filing of a Proof of Claim, and additionally $250.00 for the preparation and filing of the Objection to Confirmation herein.

**WHEREFORE**, the undersigned requests that the Confirmation of the Chapter 13 Plan as proposed, be denied.

**Michael T. Freeman, Esquire**
**Counsel for Plaintiff**
**Samuel I. White, P.C.**
**1804 Staples Mill Road, Suite 200**
**Richmond, VA 23230**
**State Bar #65460**
**(804) 290-4290**

USAA FEDERAL SAVINGS BANK

By: **/s/ MICHAEL T. FREEMAN**
Of Counsel
Samuel I. White, P. C.
Michael T. Freeman, Esquire, VSBN 65460
Eric David White, Esquire, VSBN 21346
1804 Staples Mill Road, Suite 200
Richmond, VA 23230
Tel: (804) 290-4290
Fax: (804) 290-4298
mfreeman@siwpc.com

CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Objection was mailed this 17th day of April, 2013 to Thomas P. Gorman, Trustee, 300 North Washington Street, Suite 400, Alexandria, VA 22314; Jeremy Calvin Huang, Esquire, Counsel for Debtor, 7753 Inversham Drive, Apt 228, Falls Church, VA 22042; and Bellamy W. Brown, Debtor, 3922 10th Street, NE, Apt. 4, Washington, DC 20017.

**/s/ MICHAEL T. FREEMAN**
Samuel I. White, P. C.

**91-007062-13/hsm**