**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In the Matter of:

    B<small>ELLAMY</small> W B<small>ROWN</small>
              Debtor

              Chapter 13

              Case No.  13-11382-BFK

**ORDER CONFIRMING MODIFIED PLAN**

    The Chapter 13 Modified Plan filed by Bellamy W Brown on October 31, 2013, having been transmitted to all creditors; and it having been determined that the plan meets each of the requirements of 11 U.S.C. Section 1325(a);

**It is ORDERED that:**
    (1)    the Plan as filed or modified is CONFIRMED.
    (2)    Upon entry of this order, all property of the estate shall revest in the Debtor(s). Notwithstanding such revesting, the Debtor(s) shall not encumber, refinance, sell or otherwise convey real property without first obtaining an order of approval from this Court.
    (3)    All funds received by the Chapter 13 Trustee on or before the date of an order of conversion or dismissal shall be disbursed to creditors, unless such disbursement would be de minimis, in which case the funds may be disbursed to the Debtor(s) or paid into the Treasury registry fund account of the Court, at the discretion of the Trustee.  All funds received by the Chapter 13 Trustee after the date of the entry of the order of dismissal or conversion shall be refunded to the Debtor(s) at their address of record.

**Order Confirming Modified Plan**
Bellamy W Brown
**Case #13-11382-BFK**

      (4)    On April 26, 2013, and each month thereafter until further order of this Court, the Debtor shall pay to the Trustee, Thomas P. Gorman at P.O. Box 1553, Memphis, TN  38101-1553 the sum of $1,200.00 per month for 5 months, then $0.00 per month for 4 months and then $1,200.00 per month for the reminaing 31 months of the Plan.  Payments under said Plan to be completed within 36 months from the due date of the first payment in this case.

      (5)    The Debtor shall file all federal and state income tax returns on or before the due date, without extension, and provide the Trustee with signed copies of the returns within 7 days after they are filed and provide the Trustee such additional information as the Trustee may require for determination of the Debtor's disposable income.  Failure to timely comply with this provision shall be grounds for dismissal.

      (6)    Any lien avoidance actions(s) contemplated by Section 7(B) of the Plan must be made by the filing of an Adversary Proceeding no later than sixty(60) days from the date of the entry of this Order.

      (7)    The Debtor(s) shall comply with the agreed modifications of page four of the Order Confirming Plan.


Dated: Nov 21 2013

/s/ Brian F. Kenney
Brian F. Kenney
United States Bankruptcy Judge

Entered on Docket: November 25, 2013

Confirmation Recommended.


_/s/ Thomas P. Gorman_____
Thomas P. Gorman
Chapter 13 Trustee
300 North Washington Street, Ste. 400
Alexandria, VA 22314
(703) 836-2226
VSB #26421


Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).


/s/ Thomas P. Gorman_____
Thomas P. Gorman, Chapter 13 Trustee

**ADDENDUM TO PLAN AND CONSENT ORDER CONFIRMING PLAN, page 3**
**Chapter 13 Case 13-11382-BFK**
**Bellamy W Brown**

The Debtor(s) shall furnish the Trustee annual federal and state income tax returns within forty five (45) days of the due date of such returns for each year of the Chapter 13 case, plus federal and state income tax refunds in the excess of $250.00 per annum unless otherwise ordered by this Court. In addition, the Debtor shall furnish the Trustee any such amount(s) as are hereafter determined by the Court to be disposable income of the Debtor(s) during the pendency of this proceeding and any additional information as the Trustee may require for determination of the Debtors disposable income. Failure to comply with this provision shall be grounds for dismissal.

_/s/ Bellamy W. Brown_____
Bellamy W Brown

_/s/ Jeremy Calvin Huang_____
Jeremy Calvin Huang , Esquire

_/s/Thomas P. Gorman_____
Thomas P. Gorman

**Order Confirming Modified Plan**
Bellamy W Brown
**Case #13-11382-BFK**

**PARTIES TO RECEIVE COPIES**

Bellamy W Brown
Chapter 13 Debtor
3922 10th St NE  Apt 4
Washington, DC 20017


Jeremy Calvin Huang , Esquire
Attorney for Debtor
7753 Inversham Drive, Apt. 228
Falls Church, VA 22042


Thomas P. Gorman
Chapter 13 Trustee
300 North Washington Street, Ste. 400
Alexandria, VA  22314

```
                           United States Bankruptcy Court
                            Eastern District of Virginia
```

In re:                                                          Case No. 13-11382-BFK
Bellamy W Brown                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-9          User: williamsd          Page 1 of 1          Date Rcvd: Nov 25, 2013
                              Form ID: pdford3         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 27, 2013.
db            +Bellamy W Brown,    3922 10th St NE, Apt 4,    Washington, DC 20017-1825

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2013                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 25, 2013 at the address(es) listed below:
              Belkys   Escobar    on behalf of Creditor    County of Loudoun, VA Belkys.Escobar@loudoun.gov,
               Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
              Jeremy Calvin Huang    on behalf of Debtor Bellamy W Brown jhuang214@gmail.com
              Justin   Fasano    on behalf of Creditor   Brookmeade Condominium Unit Owners Association
               jfasano@wtplaw.com,    rredfield@wtplaw.com;jfasanoecf@gmail.com
              Melissa M. Watson Goode    on behalf of Creditor    Bank of America, N.A. pjmecf@glasserlaw.com,
               mgoode@glasserlaw.com
              Michael Todd Freeman    on behalf of Creditor    USAA Federal Savings Bank mfreeman@siwpc.com,
               ewhite@siwpc.com;klane@siwpc.com;bjordan@siwpc.com;jmuncy@siwpc.com;ecfva1@siwpc.com;ecfva2@siwpc
               .com;ecfva3@siwpc.com
              Robyn Danielle Pepin    on behalf of Creditor    Bank of America, N.A. rpepin@glasserlaw.com,
               pjmecf@glasserlaw.com
              Thomas P. Gorman    ch13alex@gmail.com,    tgorman26@gmail.com
                                                                                               TOTAL: 7