## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| *In re:* | * | |
| | * | **Case No. 13-11382** |
| **BELLAMY BROWN** | * | |
| | * | |
| **Debtor** | * | **CHAPTER 13** |

### ORDER ALLOWING DEBTOR TO SUSPEND CHAPTER 13 PAYMENTS

**THIS CAUSE** coming on to be heard, and being heard, before the undersigned Judge of the United States Bankruptcy Court for the Eastern District of Virginia, pursuant to the Motion to Suspend Chapter 13 Payments

**IT APPEARING** to the undersigned that this court has jurisdiction over the parties and over the subject matter of this objection; and

**IT FURTHER APPEARING** to the undersigned that all parties in interest received notice of this Motion and of the time, date and place of this hearing and that no such parties have filed any timely objections or otherwise appeared in opposition to the said Motion and that the time for filing any such objection has expired; and

**IT FURTHER APPEARING** to the undersigned that the relief requested by the debtors in their motion is consistent with the applicable provisions of Title 11 of the United States Code and that the debtors have established good and sufficient cause to grant said relief; is it therefore

**ORDERED** that Debtor is permitted to suspend his Chapter 13 payments for a period of four (4) months; and it is

**ORDERED** that Debtor is to subsequently resume their Chapter 13 Payments, with the first payment due on January 27, 2014; and it is

**ORDERED** that Debtor must submit a modified Plan which will compensate for the four (4) payments that were excused during the period of September 27, 2013 through December 27, 2013 by extending the repayment period from **36** months to **40** months.

Date: Nov 26 2013

/s/ Brian F. Kenney

Hon. Brian F. Kenney
United States Bankruptcy Judge

Entered on Docket: December 2, 2013

I ask for this:

**/s/ Jeremy C. Huang**
Jeremy C. Huang, VSB No. 76861
7753 Inversham Dr., #228
Falls Church, VA 22042
703-755-0214 / Jhuang214@gmail.com


*SEEN AND AGREED:*

**/s/ Thomas P. Gorman**
Thomas P. Gorman
Chapter 13 Trustee
300 N. Washington St., #400
Alexandria, VA 22314

**Local Rule 9022-1(C) Certification**

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

**/s/ Jeremy C. Huang**
Jeremy C. Huang

**PARTIES TO RECEIVE COPIES**

Thomas Gorman
Chapter 13 Trustee
300 N. Washington St, Suite 400
Alexandria, VA 22314

Bellamy Brown
3922 10th St NE, Apt 4
Washington, DC 20017

Dell Financial Services, LLC
Resurgent Capital Services
PO Box 10390
Greenville, SC 29603-0390

USAA Federal Savings Bank
9441 LBJ Freeway, Suite 350
Dallas, TX 75243

Wells Fargo Card Services
1 Home Campus
3rd Floor
Des Moines, IA 50328

Bank of America, N.A.
Glasser and Glasser, P.L.C.
Crown Center, Suite 600
580 E Main St., Norfolk, Va 23510

County of Loudoun, VA
c/o Belkys Escobar
One Harrison St. SE, (MSC #06)
Leesburg, VA 20175-3102

Brookmeade Condominium Unit Owners Association
c/o Whiteford, Taylor, Preston
3190 Fairview Park Drive, #300
Falls Church, VA 22042

Washington Gas
Bankruptcy Dept
6801 Industrial Rd. Rm 320D
Springfield, VA 22151

American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

Sallie Mae Inc. o/b/o USAF
Attn: Bankruptcy Litigation Unit E3149
P.O. Box 9430
Wilkes-Barre, PA 18773-9430

Sallie Mae Trust
c/o Sallie Mae Inc.
220 Lasley Ave
Wilkes-Barre, PA 18706

Sallie Mae Inc. o/b/o Department of Education
P.O. Box 740351
Atlanta, GA. 30374-0351

**END OF ORDER**